# EXHIBIT A

Dallas Buyers Club - Awards - IMDb

| Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | All | Pro | Login |

# Dallas Buyers Club (2013)

## Awards

Showing all 51 wins and 29 nominations

### Academy Awards, USA 2014

**Won** Oscar — Best Performance by an Actor in a Leading Role
Matthew McConaughey

**Won** Oscar — Best Performance by an Actor in a Supporting Role
Jared Leto

**Won** Oscar — Best Achievement in Makeup and Hairstyling
Adruitha Lee
Robin Mathews

**Nominated** Oscar — Best Motion Picture of the Year
Robbie Brenner
Rachel Winter

Best Achievement in Film Editing
Jean-Marc Vallée
Martin Pensa

Best Writing, Original Screenplay
Craig Borten
Melisa Wallack

### Golden Globes, USA 2014

**Won** Golden Globe — Best Performance by an Actor in a Motion Picture - Drama
Matthew McConaughey

Best Performance by an Actor in a Supporting Role in a Motion Picture
Jared Leto

### Screen Actors Guild Awards 2014

**Won** Actor — Outstanding Performance by a Male Actor in a Leading Role
Matthew McConaughey

Outstanding Performance by a Male Actor in a Supporting Role
Jared Leto

**Nominated** Actor — Outstanding Performance by a Cast in a Motion Picture
Jennifer Garner
Matthew McConaughey
Jared Leto
Denis O'Hare

---

**Share this page:**

Like 50,176 people like this. Sign Up to see what your friends like.

### Explore More

- Message Board
- Metacritic Reviews
- External Reviews
- User Ratings
- User Reviews
- FAQ
- Awards
- Opinion
- Dallas Buyers Club

### User Lists

Related lists from IMDb users

**Not Seen** — a list of 35 titles, created 08 Jan 2013

**The best movies of 2013** — a list of 22 titles, created 5 months ago

**2014 list** — a list of 23 titles, created 3 months ago

Create a list »

---

Ready to Find Better?

- Client Development Executive — The focus of the Client Developme... | Chicago, IL
- Software Solutions Sales Mana... — Bosch Software Innovations, the B... Robert Bo... | Chicago, IL
- Manager Benefits — About CME Group: As the world's l... CME Group | Chicago, IL

Interest Based Ad

Search Jobs »

Ready to Find Better?

- Manufacturing Mec... — Positions - Skill... Jerm... | Chicago, I
- Fleet Manager — Title: Fleet Mana... Cust... | Northlake,
- Energy Audit Prog... — CBRE Group, Inc. ... CBRE... | Chicago, I

Interest Based Ad

Search Jobs »

Dallas Roberts
Steve Zahn

### Austin Film Critics Association 2013

| | | |
|---|---|---|
| **Won** Austin Film Critics Award | Best Supporting Actor Jared Leto | |
| **Nominated** Austin Film Critics Award | Best Film | |

### Australian Film Institute 2014

| | |
|---|---|
| **Nominated** AACTA International Award | Best Actor Matthew McConaughey |
| | Best Supporting Actor Jared Leto |

Seen in 2014 so far...
a list of 24 titles
created 3 months ago

2014
a list of 26 titles
created 3 months ago

See all related lists »

### Boston Society of Film Critics Awards 2013

| | |
|---|---|
| **Nominated** BSFC Award | Best Supporting Actor Jared Leto (Ex aequo) |

### Broadcast Film Critics Association Awards 2014

| | |
|---|---|
| **Won** Critics Choice Award | Best Actor Matthew McConaughey |
| | Best Supporting Actor Jared Leto |
| **Nominated** Critics Choice Award | Best Picture |

### Central Ohio Film Critics Association 2014

| | |
|---|---|
| **Won** COFCA Award | Actor of the Year Matthew McConaughey For Mud and The Wolf of Wall Street |
| **2nd place** COFCA Award | Best Actor Matthew McConaughey |
| | Best Supporting Actor Jared Leto |

### Chicago Film Critics Association Awards 2013

| | |
|---|---|
| **Won** CFCA Award | Best Supporting Actor Jared Leto |
| **Nominated** CFCA Award | Best Actor Matthew McConaughey |

### Chlotrudis Awards 2014

| | |
|---|---|
| **Won** Chlotrudis Award | Best Supporting Actor Jared Leto |

### Costume Designers Guild Awards 2014

| | |
|---|---|
| **Nominated** CDG Award | Excellence in Period Film Kurt and Bart |

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won** — DFWFCA Award
Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated** — DFWFCA Award
Best Picture

### Florida Film Critics Circle Awards 2013

**Won** — FFCC Award
Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won** — Golden Camera
Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won** — Best Actor
Matthew McConaughey

### Hollywood Film Festival 2013

**Won** — Hollywood Breakthrough Award
Breakthrough Actor
Jared Leto

**Won** — Hollywood Film Award
Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won** — Artisan
Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated** — Image Award
Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Won** — Independent Spirit Award
Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Irish Film and Television Awards 2014

**Nominated** — IFTA Award
Best International Actor
Matthew McConaughey

### Las Vegas Film Critics Society Awards 2013

**Won** — Sierra Award
Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place** — Sierra Award
Best Picture

### London Critics Circle Film Awards 2014

| | | |
|---|---|---|
| Nominated<br>ALFS Award | Supporting Actor of the Year<br>Jared Leto | |

### Los Angeles Film Critics Association Awards 2013

| | |
|---|---|
| Won<br>LAFCA Award | Best Supporting Actor<br>Jared Leto<br>Tied with James Franco for Spring Breakers (2012). |

### MTV Movie Awards 2014

| | |
|---|---|
| Won<br>MTV Movie Award | Best On-Screen Transformation<br>Jared Leto<br>Jared Leto's performance as an HIV positive transgender woman living in 1980s Texas is just as ... More |
| Nominated<br>MTV Movie Award | Best Male Performance<br>Matthew McConaughey<br><br>Best On-Screen Duo<br>Matthew McConaughey<br>Jared Leto<br><br>Best On-Screen Transformation<br>Matthew McConaughey<br>Despite losing a whopping 50 pounds to play a rodeo cowboy diagnosed with AIDS and given 30 days to... More |

### National Board of Review, USA 2013

| | |
|---|---|
| Won<br>NBR Award | Top Ten Independent Films |

### National Society of Film Critics Awards, USA 2014

| | |
|---|---|
| 2nd place<br>NSFC Award | Best Supporting Actor<br>Jared Leto |

### New York Film Critics Circle Awards 2013

| | |
|---|---|
| Won<br>NYFCC Award | Best Supporting Actor<br>Jared Leto |

### Online Film Critics Society Awards 2014

| | |
|---|---|
| Nominated<br>OFCS Award | Best Supporting Actor<br>Jared Leto |

### PGA Awards 2014

| | |
|---|---|
| Nominated<br>PGA Award | Outstanding Producer of Theatrical Motion Pictures<br>Robbie Brenner<br>Rachel Winter |

### Palm Springs International Film Festival 2014

| | |
|---|---|
| Won<br>Desert Palm Achievement Award | Matthew McConaughey |

### Phoenix Film Critics Society Awards 2013

| | |
|---|---|
| Won<br>PFCS Award | Best Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Actor in a Supporting Role<br>Jared Leto |

| | | |
|---|---|---|
| Nominated<br>PFCS Award | Best Picture | |

### Rome Film Fest 2013

| | | |
|---|---|---|
| Won<br>Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award | Yves Bélanger | |
| Won<br>Audience Award | Jean-Marc Vallée | |
| Won<br>Best Actor | Matthew McConaughey | |
| Won<br>Golden Butterfly | Jean-Marc Vallée | |
| Nominated<br>Golden Marc'Aurelio Award | Jean-Marc Vallée | |

### San Diego Film Critics Society Awards 2013

| | | |
|---|---|---|
| Won<br>SDFCS Award | Best Supporting Actor<br>Jared Leto | |
| Nominated<br>SDFCS Award | Best Actor<br>Matthew McConaughey | |

### San Francisco Film Critics Circle 2013

| | | |
|---|---|---|
| Nominated<br>SFFCC Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto | |

### San Sebastián International Film Festival 2013

| | | |
|---|---|---|
| Won<br>Sebastiane Award | Jean-Marc Vallée | |

### Santa Barbara International Film Festival 2014

| | | |
|---|---|---|
| Won<br>Virtuoso Award | Jared Leto | |

### Satellite Awards 2013

| | | |
|---|---|---|
| Won<br>Satellite Award | Best Actor in a Motion Picture<br>Matthew McConaughey<br><br>Best Actor in a Supporting Role<br>Jared Leto | |

### Southeastern Film Critics Association Awards 2013

| | | |
|---|---|---|
| Won<br>SEFCA Award | Best Supporting Actor<br>Jared Leto | |
| 2nd place<br>SEFCA Award | Best Actor<br>Matthew McConaughey | |
| Nominated<br>SEFCA Award | Best Picture | |

### Toronto Film Critics Association Awards 2014

| | |
|---|---|
| Won<br>TFCA Award | Best Supporting Actor<br>Jared Leto |
| 3rd place<br>TFCA Award | Best Actor<br>Matthew McConaughey |

### Vancouver Film Critics Circle 2014

| | |
|---|---|
| Won<br>VFCC Award | Best Supporting Actor<br>Jared Leto |
| Nominated<br>VFCC Award | Best Actor<br>Matthew McConaughey |

### Washington DC Area Film Critics Association Awards 2013

| | |
|---|---|
| Won<br>WAFCA Award | Best Supporting Actor<br>Jared Leto |
| Nominated<br>WAFCA Award | Best Actor<br>Matthew McConaughey |

### Writers Guild of America, USA 2014

| | |
|---|---|
| Nominated<br>WGA Award (Screen) | Best Original Screenplay<br>Craig Borten (written by)<br>Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

Edit page



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest Based Ads
An         company.

Amazon Affiliates

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-873-195**
Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013
**Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
 **Author Created:** entire motion picture

 **Work made for hire:** Yes
 **Citizen of:** United States
 **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay; preexisting music
**Previous registration and year:** TXu 1-835-443  2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

Page

Registration #:  PA0001873195
Service Request #:  1-1005221967

Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 98.226.39.98 | 3/22/14 07:02:07 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Streamwood |
| 2 | 24.15.5.14 | 3/22/14 05:45:42 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Westmont |
| 3 | 50.158.80.164 | 3/22/14 04:27:31 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 4 | 50.4.131.46 | 3/22/14 03:10:02 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | WideOpenWest | Illinois | Des Plaines |
| 5 | 67.173.22.101 | 3/22/14 02:43:23 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 6 | 24.13.242.93 | 3/22/14 02:28:34 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Highland Park |
| 7 | 50.158.72.87 | 3/22/14 01:53:10 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Addison |
| 8 | 98.206.11.119 | 3/22/14 12:04:00 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Des Plaines |
| 9 | 67.175.229.213 | 3/21/14 11:44:58 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Lake Zurich |
| 10 | 71.201.63.26 | 3/21/14 11:37:42 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 11 | 67.186.85.26 | 3/21/14 06:53:55 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Mchenry |
| 12 | 67.184.209.86 | 3/21/14 04:01:32 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Carpentersville |
| 13 | 50.165.7.158 | 3/21/14 03:00:30 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 14 | 98.213.55.79 | 3/21/14 07:46:50 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Evanston |
| 15 | 24.15.216.64 | 3/21/14 03:06:29 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 16 | 50.165.76.68 | 3/21/14 03:03:46 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Mundelein |
| 17 | 98.206.38.233 | 3/21/14 02:19:17 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 18 | 50.178.212.75 | 3/21/14 02:02:17 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Sterling |
| 19 | 50.158.60.234 | 3/20/14 10:57:00 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Joliet |
| 20 | 173.161.113.177 | 3/20/14 09:33:15 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Business C | Illinois | Chicago |
| 21 | 50.172.143.131 | 3/20/14 04:47:48 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Joliet |
| 22 | 98.215.68.202 | 3/20/14 02:26:05 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 23 | 71.194.123.214 | 3/20/14 01:54:55 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Hanover Park |
| 24 | 71.194.199.108 | 3/20/14 12:02:01 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Schaumburg |
| 25 | 98.223.125.136 | 3/20/14 09:24:50 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Lombard |
| 26 | 67.184.160.208 | 3/20/14 12:43:21 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Cary |
| 27 | 50.179.18.169 | 3/19/14 10:12:55 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Glenview Nas |
| 28 | 50.158.252.44 | 3/19/14 07:52:22 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 29 | 24.12.109.173 | 3/19/14 05:23:57 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Skokie |
| 30 | 71.194.251.226 | 3/19/14 04:52:35 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Oswego |
| 31 | 67.173.84.227 | 3/19/14 03:31:21 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Palatine |
| 32 | 71.57.57.100 | 3/19/14 03:10:30 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Elmwood Park |
| 33 | 76.16.179.12 | 3/19/14 03:03:52 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Romeoville |
| 34 | 98.228.166.109 | 3/18/14 11:18:46 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Westchester |
| 35 | 24.15.190.9 | 3/18/14 08:36:42 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Downers Grove |
| 36 | 24.12.23.48 | 3/18/14 07:30:38 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 37 | 76.16.160.123 | 3/18/14 05:25:58 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Elmwood Park |
| 38 | 76.16.70.80 | 3/18/14 04:02:14 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Waukegan |
| 39 | 71.194.3.155 | 3/18/14 02:45:32 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Des Plaines |
| 40 | 67.184.178.48 | 3/18/14 01:06:59 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Chicago |
| 41 | 73.50.101.173 | 3/18/14 12:40:29 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Illinois | Freeport |