**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club LLC

                              Plaintiff,

v.                                                      Case No.: 1:14–cv–04933
                                                        Honorable Ruben Castillo

Does 1–41

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2014:

    MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of an appropriate amended complaint which names the actual defendants. Plaintiff39;s counsel is hereby authorized to proceed with expedited discovery to identify the names of the appropriate defendants. All discovery and third party subpoena(s) must be complied with even though the pending complaint is dismissed without prejudice. The Court also cautions counsel that the naming of multiple defendants in one complaint can only be justified by a sufficient showing of coordinated action by the joined defendants. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.