UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 3 1 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dallas Buyers Club, LLC
**Plaintiff(s)**

Case No. 14-cv-4933

v.

(IP: 08:228.166.109)
Does 1-41
**Defendant(s)**

Motion to Quash Subpoena

I'm filing this protective motion to Quash or vacate the Subpoena in this court. I have not infringed any copyrights on behalf of Dallas Buyer's Club, LLC. My wifi network was unsecured and someone without my knowledge or authority used my wifi connections. I am filing this motion, and for this reason, I respectfully regret that I be allowed to do so without revealing my personal identification information.